UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00072-2D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUANTAVIOUS THOMPSON | ORDER |

The Court having considered Defendant Quantavious Thompson's motion requesting leave to file his sentencing memorandum under seal, and good cause having been shown, it is this __22__ day of February 2017 HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing memorandum under seal.

JAMES C. DEVER III
Chief United States District Judge